372 A.2d 1202

**COMMONWEALTH of Pennsylvania**

v.

**James SHEPPARD, Appellant.**

Supreme Court of Pennsylvania.

Argued April 18, 1977.

Decided May 17, 1977.

Stephen P. Gallagher, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Michael R. Stiles, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.